UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Transatlantica Commodities Pte Ltd., | § § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 2:22-cv-02454-EEF-JVM |
| Hanwin Shipping Limited, | § § | IN ADMIRALTY |
| Defendant, *in personam* | § § | |
| and | § § | Section "L" (1) |
| Coastal Cargo Company, L.L.C., Blue Water Shipping Company, Argo Fine Imports, LLC | § § § § | |
| Garnishees. | § § | |

## ORDER

Pursuant to Defendants' Motion for Emergency Hearing, R. Doc. 18;

**IT IS HEREBY ORDERED** that an emergency hearing **by telephone** is **SCHEDULED** for Monday, August 8, 2022, at 9:00 A.M. The parties are instructed to use the following dial-in information and to join the line at least five minutes before the scheduled time.

Dial-in:	877-336-1839

Access code:	4227405

New Orleans, Louisiana, this 5th day of August, 2022.

UNITED STATES DISTRICT JUDGE