UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Transatlantica Commodities Pte Ltd., | No.:   22-cv-02454-EEF-JVM |
| v. | c/w   22-cv-2724 |
| Hanwin Shipping Limited | Ref:   22-cv-2724 |

Section "L" (1)

## ORDER

Considering Petitioner Hanwin's Request for Oral Argument, R. Doc. 32;

**IT IS ORDERED** that the request for Oral Argument regarding Hanwin's Motion to Dismiss, R. Doc. 31, is hereby **GRANTED**. Oral Argument is set on the 7th day of December, 2022, at 9:00 A.M. C.S.T.

New Orleans, Louisiana, this 13th day of October, 2022.

*[signature: Eldon E. Fallon]*

**UNITED STATES DISTRICT JUDGE**

1